IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DAVID DONAHUE,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**YOUR HOME IMPROVEMENT COMPANY, LLC**<br><br>*Defendant.* | NO.  0:24-cv-04004-JWB-LIB<br><br>Honorable Judge Jerry W. Blackwell<br><br>Honorable Magistrate Judge Leo I. Brisbois<br><br>PLAINTIFF'S STATEMENT OF THE CASE |

Pursuant to the Court's Pretrial Scheduling Notice and Order (Dkt. 54), Plaintiff David Donahue ("Plaintiff") hereby submits his Statement of the Case.

**I.      Statement of Facts**

Plaintiff is a natural person and resident of Nebraska who received unlawful prerecorded telephone solicitations from Defendant Your Home Improvement Company, LLC ("Defendant" or "YHIC") in violation of the Telephone Consumer Protection Act ("TCPA") 47 U.S.C. § 227. *See* Dkt. 38, Second Amended Complaint ("Compl."), ¶¶ 2, 5, 15-46. Plaintiff has a residential telephone with the number (403) 689-XXXX (the "telephone number"). *Id*. ¶ 19. To avoid unwanted telephone solicitations, Plaintiff registered his telephone number on the National Do-Not-Call Registry in June 2022. *Id*. ¶ 20. The telephone number is used for personal, residential, and household purposes—and is not associated with any business nor used for business purposes. *Id*. ¶ 19.

Despite being registered on the National Do-Not-Call Registry, Defendant flooded Plaintiff's telephone number with at least eleven (11) prerecorded telephone solicitations. *Id*. ¶ 22. To stop these harassing calls, Plaintiff sent a cease-and-desist letter to Defendant, and although

1

Defendant's counsel responded that he had received the letter and would follow up regarding the allegations, Plaintiff never received a follow-up communication. *Id.* ¶ 34. Plaintiff also filed a consumer complaint with the Federal Trade Commission's Do Not Call Registry. *Id.* ¶ 33.

## II.    Particularized Facts and Statutes

Plaintiff brought a TCPA claim pursuant to 47 U.S.C. § 227(b)(1)(A) which provides that it is unlawful "to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using an automatic telephone dialing system or an artificial or prerecorded voice…to any telephone number assigned to a… cellular telephone service." *See* 47 U.S.C. § 227(b)(1)(A)(iii). The claim is brought on behalf of a class of persons Plaintiff proposes to represent, tentatively defined as:

> Robocall Class:    All persons within the United States to whom: (a) Defendant and/or a third party acting on their behalf, made one or more non-emergency telephone calls; (b) to their cellular telephone number; (c) using an artificial or prerecorded voice; and (d) at any time in the period that begins four years before the date of the filing of this Complaint to trial.

The TCPA provides a private cause of action to persons who receive calls in violation of 47 U.S.C. § 227(b)(1)(A). *See* 47 U.S.C. § 227(b)(3). This claim is supported by the following particularized facts:

1. Plaintiff's telephone number (734) 770-XXXX is residential and has been on the National Do Not Call Registry since June 2022. Compl. ¶¶ 19-20. He has never been a customer of Your Home Improvement Company and never consented to receive calls from YHIC. *Id.* ¶¶ 21, 60; 47 C.F.R. § 64.1200(a)(2); 47 C.F.R. § 64.1200(f)(8).

2. Plaintiff received at least eleven (11) prerecorded telephone solicitations from Defendant which all started the same way—from "Sam" a prerecorded chatbot. Plaintiff knew he was talking to a chatbot because: (a) the robot did not respond until Plaintiff spoke (b) the robot

did not respond to questions asked by plaintiff (c) the robot had a generic monotone voice. Compl. ¶¶ 22-23.

3. At minimum, Defendant is vicariously liable for the unlawful robocalls placed by its agent under agency theory because it ratified the agent's acts by knowingly accepting the benefits of them and Defendant's agent acted with apparent authority on Defendant's behalf. Compl. ¶¶ 36-46.

These facts support Plaintiff's claim under 47 U.S.C. § 227(b)(1)(A).

### III. **Damages**

Here, Plaintiff seeks at least $500.00 in statutory damages pursuant to 47 U.S.C. § 227(b)(3). *See* Compl. ¶¶ 14, 41. After all, Plaintiff alleged at least eleven robocalls from Defendant, and each solicitation triggers the "$500 in damages for each such violation" provision of 47 U.S.C. § 227(b)(3)(B). *See id* . However, this amount may increase if discovery reveals that: (1) Plaintiff received additional solicitations, or (2) Defendant "willfully or knowingly violated" the TCPA such that treble damages are warranted. *See* 47 U.S.C. § 227(c)(5) ("If the court finds that the defendant willfully or knowingly violated the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available[.]").

Additionally, Plaintiff seeks statutory damages for the Robocall Class. The size of the Robocall Class—and the associated amount of statutory damages—can be determined from records in Defendant's custody or control. *Id*. ¶ 50. Thus far, Plaintiff alleges that the number of Class Members is "at least in the thousands." *Id*. ¶ 51.

Date: October 13, 2025

                Respectfully submitted,

By: /s/ *Raina C. Borrelli*
Raina C. Borrelli (MN No: 0392127)
Alex Phillips (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com
aphillips@straussborrelli.com

Anthony I. Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
T: (617) 485-0018
F: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that on October 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Date: October 13, 2025

Respectfully submitted,

By: /s/ *Raina C. Borrelli*
Raina C. Borrelli (MN No: 0392127)
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
F: (872) 263-1109
raina@straussborrelli.com