UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David Donahue, individual and on
behalf of all others similarly situated,

    Plaintiff,

v.

Your Home Improvement Company, LLC,

    Defendant.

Civil No. 24-4004 (JWB/LIB)

**ORDER**

---

Upon preliminary review of the parties' October 13, 2025, Rule 16(f) Report (Docket No. 57), as well as, the "[Proposed] Pretrial Scheduling Order" submitted therewith, the Plaintiff opposes the Defendant's request for bi-furcated discovery.

Accordingly, this matter is set for a Rule 16 Pretrial Scheduling hearing for **November 12, 2025, at 1:30 p.m.** before Magistrate Judge Leo I. Brisbois in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse, 515 W. First St., Duluth, Minnesota**.** At the hearing, the parties shall be prepared to argue their respective positions on the issue of bi-furcated discovery. Defendant shall file on CM/ECF their brief on the bi-furcation issue fourteen (14) days before the hearing, and Plaintiff shall file on CM/ECF his brief on the bi-furcation issue seven (7) days before the hearing.

DATED: October 24, 2025

                                       s/Leo I. Brisbois
                                       Hon. Leo I. Brisbois
                                       U.S. MAGISTRATE JUDGE