UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID DONAHUE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>YOUR HOME IMPROVEMENT COMPANY, LLC<br><br>*Defendant.* | Case No. 0:24-cv-04004-JWB-LIB<br><br>NOTICE OF APPEARANCE |

The undersigned attorney hereby notifies the Court and counsel that Brittany Resch shall appear as counsel of record for David Donahue, Plaintiff, in this case.

Dated: October 27, 2025

By: */s/ Brittany Resch*
Brittany Resch
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
bresch@straussborrelli.com

*Attorney for Plaintiff*
*David Donahue*