IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID DONAHUE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YOUR HOME IMPROVEMENT COMPANY, LLC,<br><br>Defendant. | Case No. 0:24-cv-04004-JWB-LIB<br><br>**DEFENDANT'S MOTION TO BIFURCATE DISCOVERY** |

Defendant Your Home Improvement Company, LLC, respectfully moves this Court under Fed. R. Civ. P. 26(b)(2)(C) for an order bifurcating discovery. This motion will be based on a memorandum of law, the arguments of counsel, and all files, records, and proceedings in this action.

Respectfully submitted.

1

                                        **BEST & FLANAGAN LLP**

Dated: October 29, 2025         */s/ Brian J. Linnerooth*
                                             Brian J. Linnerooth (#0400162)
                                             John A. Sullivan (# 0396730)
                                             60 South Sixth Street, Suite 2700
                                             Minneapolis, MN 55402
                                             (612) 339-7121
                                             blinnerooth@bestaw.com
                                             jsullivan@bestlaw.com


                                             **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

                                             Mark S. Eisen (admitted *pro hac vice*)
                                             Jamie N. Ward (admitted *pro hac vice*)
                                             71 South Wacker Drive, Suite 1600
                                             Chicago, IL 60606
                                             (312) 212 4949
                                             meisen@benschlaw.com
                                             jward@benschlaw.com

                                             ***Attorneys for Defendant Your Home Improvement Company, LLC***