IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID DONAHUE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUR HOME IMPROVEMENT COMPANY, LLC,<br><br>    Defendant. | Civil Case No. 0:24-cv-04004-JWB-LIB<br><br>**DEFENDANT'S RULE 7.1(f) AND (h) CERTIFICATE OF COMPLIANCE** |

Defendant Your Home Improvement Company, LLC's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Rule 12(B)(6) complies with L.R. 7.1(f) because it contains 5,680 words. I used Microsoft 365 to produce the Memorandum and to calculate the word count, which was adjusted to include all text, including headings, footnotes, and quotations. The Memorandum also complies with the type size limitation in L.R. 7.1(h), as it uses Times New Roman font size 13.

Respectfully submitted,

2

                                      **BEST & FLANAGAN LLP**

Dated: October 29, 2025       */s/ Brian J. Linnerooth*
                                      Brian J. Linnerooth (#0400162)
                                      John A. Sullivan (# 0396730)
                                      60 South Sixth Street, Suite 2700
                                      Minneapolis, MN 55402
                                      (612) 339-7121
                                      blinnerooth@bestaw.com
                                      jsullivan@bestlaw.com

                                      **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

                                      Mark S. Eisen (admitted *pro hac vice*)
                                      Jamie N. Ward (admitted pro hac vice)
                                      71 South Wacker Drive, Suite 1600
                                      Chicago, IL 60606
                                      (312) 212 4949
                                      jward@benschlaw.com
                                      meisen@benschlaw.com

                                      ***Attorneys for Defendant Your Home Improvement Company, LLC***