IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| David Donahue, | Case No. 24-cv-4004 (JWB/LIB) |
| Plaintiff, | |
| v. | |
| Your Home Improvement Company, LLC, | **DEFENDANT'S MEET AND CONFER STATEMENT** |
| Defendant. | |

I, Mark Eisen, representing the Defendant Your Home Improvement Company, LLC ("Defendant"), certify I along with my co-counsel conferred with Plaintiff David Donahue's ("Plaintiff") counsel during the parties' Rule 26(f) and planning report process regarding Defendant's intent to bring a motion a motion to bifurcate discovery and the basis in support thereof. The parties were unable to reach agreement. The parties were unable to reach an agreement on Defendant's motion. unsuccessful.

Respectfully submitted,

1

**BEST & FLANAGAN LLP**

Dated: October 29, 2025

Brian J. Linnerooth (#0400162)
John A. Sullivan (# 0396730)
60 South Sixth Street, Suite 2700
Minneapolis, MN 55402
(612) 339-7121
blinnerooth@bestaw.com
jsullivan@bestlaw.com

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

*/s/ Mark S. Eisen*
Mark S. Eisen (admitted *pro hac vice*)
Jamie N. Ward (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 212 4949
meisen@benschlaw.com
jward@benschlaw.com

***Attorneys for Defendant Your Home Improvement Company, LLC***