# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

DAVID DONAHUE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

YOUR HOME IMPROVEMENT COMPANY, LLC,

    Defendant.

Case No. 0:24-cv-04004-JWB-LIB

**[PROPOSED] ORDER**

Pending before this Court is defendant Your Home Improvement Company, LLC's ("Defendant") motion to bifurcate discovery under Fed. R. Civ. P. 26(b)(2)(C). The Court, having considered the Motion, and the briefing in connection thereto; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Initial Discovery shall be limited to the issue of vicarious liability, which shall be completed within 75 days of the date of this Order.

3. The Court will issue a Scheduling Order that sets a status conference upon the completion of the Initial Discovery to discuss how the Parties intend to proceed following the completion of this discovery period.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
THE HONORABLE LEO I. BRISBOIS
UNITED STATES MAGISTRATE JUDGE