IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DAVID DONAHUE,** individually and on behalf of all others similarly situated, | Case No. 0:24-cv-04004-JWB-LIB |
| *Plaintiff,* | NOTICE OF SETTLEMENT |
| v. | |
| **YOUR HOME IMPROVEMENT COMPANY, LLC** | |
| *Defendant.* | |

## NOTICE OF SETTLEMENT

    The Plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork or an Amended Complaint within forty-five days.

*[Counsel signature block to follow on next page.]*

Dated: November 4, 2025

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Samuel J. Strauss *(pro hac vice)*
Alex Phillips
Brittany Resch
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
raina@straussborrelli.com
sam@straussborrelli.com
aphillips@straussborrelli.com
bresch@straussborrelli.com


By: */s/ Anthony Paronich*
Anthony Paronich *(pro hac vice)*
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 508-221-1510
anthony@paronichlaw.com