UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| David Donahue, individual and on behalf of all others similarly situated, | Civil No. 24-4004 (JWB/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Your Home Improvement Company, LLC, | |
| Defendant. | |

---

On November 4, 2025, the parties field a Notice of Settlement [Docket No. 65]. Based upon review of the files and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Defendant's Motion to Bifurcate Discovery [Docket No. 61] is **DENIED as moot**;

2. The Rule 16 Pretrial Scheduling hearing set for **November 12, 2025, at 1:30 p.m.** before Magistrate Judge Leo I. Brisbois in Duluth, Minnesota [Docket No. 59] is **CANCELLED**; and

3. The parties shall file dismissal papers within forty-five (45) days of the date of this Order, or file a joint status update on CM/ECF advising as to precisely when dismissal papers will be filed.

DATED: November 5, 2025                    s/Leo I. Brisbois
                                           Hon. Leo I. Brisbois
                                           U.S. MAGISTRATE JUDGE