IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID DONAHUE, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YOUR HOME IMPROVEMENT COMPANY, LLC,<br><br>　　　　　　Defendant. | Civil Case No. 0:24-cv-04004-JWB-LIB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

In accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Donahue ("Plaintiff") and Defendant Your Home Improvement Company, LLC ("YHIC") stipulate and agree to the dismissal, with prejudice, of Plaintiff's individual claims against YHIC in the above-captioned case, with each side bearing its own attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　Tel: (617) 485-0018
　　　　　　　　　　　　　　　　　　Fax: (508) 318-8100
　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

|  |  |
|---|---|
| Dated:  December 11, 2025 | **BEST & FLANAGAN LLP**<br><br>/s/ Brian J. Linnerooth<br>Brian J. Linnerooth (#0400162)<br>60 South Sixth Street, Suite 2700<br>Minneapolis, MN 55402<br>(612) 339-7121<br>blinnerooth@bestaw.com<br><br>**BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP**<br><br>Mark S. Eisen (admitted *pro hac vice*)<br>Jamie N. Ward (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606<br>Telephone: (312) 212-4949<br>Facsimile: (312) 767-9192<br>meisen@beneschlaw.com<br>jward@beneschlaw.com<br><br>*Counsel for Your Home Improvement Company, LLC* |