## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David Donahue,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Your Home Improvement Company, LLC,<br><br>　　　　Defendant. | Civ. No. 24-4004 (JWB/LIB)<br><br>**ORDER FOR DISMISSAL** |

The plaintiff and Your Home Improvement Company, LLC have filed a Stipulation of Dismissal (Doc. No. 67). Based on that Stipulation, Your Home Improvement Company, LLC is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated: December 12, 2025　　　　　　*s/ Jerry W. Blackwell*
　　　　　　　　　　　　　　　　　　JERRY W. BLACKWELL
　　　　　　　　　　　　　　　　　　United States District Court Judge

2924879