# UNITED STATES DISTRICT COURT
## District of Minnesota

David Donahue

    Plaintiff,

v.

Your Home Improvement Company, LLC

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 24-cv-04004-JWB-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The plaintiff and Your Home Improvement Company, LLC have filed a Stipulation of Dismissal (Doc. No. 67). Based on that Stipulation, Your Home Improvement Company, LLC is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 12/12/2025

KATE M. FOGARTY, CLERK